# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131483

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRASER TOWNSHIP and MAPLE LEAF
GOLF COURSE, INC.,
        Plaintiffs-Appellees,

v

LINWOOD-BAY SPORTMAN'S CLUB,
        Defendant-Appellant.

SC: 131483
COA: 258601
Bay CC: 03-003566-CE

_____/

      On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

s0220